■ KINSEY L. BENSON et al., Respondents, v SYNTEX LABORATORIES, INC., et al., Appellants. (Appeal No. 2.) [671 NYS2d 402] —Appeal unanimously dismissed without costs (*see, Benson v Syntex Labs.*, 227 AD2d 1008). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.